## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LEO MARS, on Behalf of Himself and on Behalf of All Others Similarly Situated,** § § § **Plaintiff,** § § **V.** § § **TELECOM TECHNOLOGY SERVICES, INC.** § § § **Defendant.** § § | **CIVIL ACTION NO. 1:20-cv-04142 PGG-OTW** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41

Plaintiff Leo Mars and Opt-In Plaintiffs Wilner Defay and Edouard Louis (collectively "Plaintiffs") and Defendant Telecom Technology Services, Inc. ("Defendant") hereby file this joint stipulation of dismissal. Plaintiffs and Defendant are collectively referred to herein as the "Parties."

I.

Under the terms of this stipulation, the Parties have agreed to a dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) Federal Rules of Civil Procedure. Each party shall bear its own costs of court.

Dated: June 9, 2021

/s/
Don J. Foty
dfoty@hftrialfirm.com
Texas Bar No. 24050022
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: 713-523-0001
Fax: 713-523-1116

Counsel for Plaintiffs

/s/
R. Nelson Williams
rwilliams@thompsoncoburn.com
Missouri Bar No. 63322
One U.S. Bank Plaza
St. Louis, Missouri 63101
Phone: 314-552-6505
Fax: 314-552-7000

Counsel for Defendant

SO ORDERED.

Paul G. Gardephe
United States District Judge
June 14, 2021